(Rev. 10/2002) General Document

**UNITED STATES DISTRICT COURT**

**Southern District of Florida**

FILED by MD D.C.
FEB 08 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

Case Number: ____________________

NKrumah AKanno

Plaintiff(s)

v.

The Miami Heat

Defendant(s)

$1 billion lawsuit against The Miami Heat for copyright infringement harrassment, discrimination and assault.

(TITLE OF DOCUMENT)

I, NKrumah AKanno plaintiff or defendant, in the above styled cause,

Am Filing a $1 billion dollar lawsuit against the Miami Heat for discrimination, harrassment, assault and copyright infringement. The Miami Heat will not let me play for them because I am good looking and they have been copying me and I am copyrighted. That is copyright infringement. Especially Eric Spoelstra. He has been copying and harrassing me for the last year now and discriminating.

(Rev. 10/2002) General Document

## Certificate of Service

I Nkrumah Akanno, certify that on this date 2/8/17 a true copy of the foregoing document was mailed to: 279 2nd St
name(s) and address(es)

Hackensack, NJ 07601

By: Nkrumah Akanno
Printed or typed name of Filer

Signature of Filer

Florida Bar Number

nkrumah.akanno@yahoo.com
E-mail address

813-278-0504
Phone Number

Facsimile Number

279 2nd St
Street Address

Hackensack, NJ, 07601
City, State, Zip Code